AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Laurence Michael Chovnick,<br><br>Defendant(s) | )<br>)<br>) Case No. 20-MJ-6437-AOV<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 10, 2020 - September 11, 2020  in the county of  Broward  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Vanessa Juede, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date:  09/13/2020

*Judge's signature*

City and state:  Fort Lauderdale, Florida    Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Vanessa Juede, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations, Fort Lauderdale, Florida. I have been employed as a Special Agent since October 2002. I am responsible for investigations of offenses under Titles 8, 18, 19 and 21 of the United States Code. As part of my daily duties as a HSI agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a), 2252A, 2251(a) and (e), and 2422(b). I have received training in the area of child pornography and child exploitation.

2. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have also conducted several child pornography and child exploitation investigations, which has involved reviewing several forms of media, including computer.

3. I make this Affidavit in support of a criminal complaint charging **Laurence Michael Chovnick (hereinafter "CHOVNICK")** with receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known to me or to

other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

5. In and around July 2020, while working in an undercover capacity, law enforcement officers signed onto the internet through a computer located in the HS Fort Lauderdale Office. Law enforcement utilized BitTorrent, an enhanced version of a publicly available peer-to-peer file sharing program, to identify individuals sharing images and/or videos depicting the sexual exploitation of children.

6. During the investigation, law enforcement identified a computer on BitTorrent that was associated with a torrent file[1] believed to contain files depicting child pornography. Specifically, the computer in question utilized IP address **139.138.115.248** ("Target IP Address") to access BitTorrent and share files with hash values of images and videos of suspected child pornography.

7. On July 6, 2020, law enforcement completed the download of several video and image files depicting child pornography that the computer at the Target IP Address made available.

8. Based on a review of the downloaded files, law enforcement determined that there were numerous files depicting children under the age of eighteen (18) engaged in sexual acts and/or the lascivious exhibition of their genitals, all of which was consistent with child pornography.

9. A sample of three (3) of the files downloaded are described as follows:

---

[1] A "Torrent" is typically a small file that describes the file or files to be shared. It contains the information needed to accomplish a download of the designated file or files. This information includes the name(s) of the file or files referenced in the "Torrent."

A) File Name: 000038.mp4
Description: Video depicts a prepubescent female constrained by her hands and feet by rope. An adult can be seen inserting an object used for sexual penetration into the child's mouth, anus and vagina. The adult is simultaneously touching the child's vagina and breast.

B) File Name: 000022.mp4
Description: Video depicts a naked prepubescent female in the bathroom, recording herself touching her exposed genitals.

C) File Name: Amateur Russian man fuck girl 12 in pussy
Description: Video depicts a prepubescent female being vaginally penetrated by an adult male's penis.

10. Law enforcement conducted a search of a publicly available database and determined that Bluestream registered the Target IP Address. Law enforcement subsequently submitted an administrative subpoena to Bluestream. Results from the subpoena showed that, on the date that law enforcement downloaded the child pornography, Bluestream had assigned the Target IP Address to an account belonging to a service address of 9529 North Belfort Circle, Tamarac, Florida 33321 ("the residence").

11. On September 11, 2020, law enforcement executed a search warrant of the residence, signed by the Honorable United States Magistrate Judge Alicia O. Valle. The search of the residence revealed one (1) HP Desktop bearing serial number CNX8121Y1T located in CHOVNICK's bedroom. A preliminary forensic examination of the desktop computer belonging to CHOVNICK revealed approximately fifty-three (53) videos and one hundred and sixty (160) images containing suspected child pornography. Some of the images are described as follows:

A) File Name: (pthc) New 2017 Pedo Childlover 8yo Daddy's Little girl JM17 Re-route.mp4
Description: Video depicts a prepubescent female being vaginally penetrated by an adult male's penis.

B) <u>File Name</u>: (pthc) New 2017 Pedo Childlover 8yo Daddy's Little girl JM18 Re-route.mp4:
<u>Description</u>: Video depicts a prepubescent female being vaginally penetrated by an adult male's penis.

C) <u>File Name</u>: 9yo Thaigirl blow job.mp4
<u>Description</u>: Video depicts a prepubescent female performing oral sex on an adult male penis.

12. CHOVNICK waived his *Miranda* rights and agreed to speak with law enforcement. CHOVNICK advised that he has been downloading child pornography for "decades" and he has been using the uTorrent program on his desktop computer, described in paragraph 12, for approximately four (4) years. CHOVNICK advised that he is the only user of the computer.

13. CHOVNICK stated that when he searches for child pornography on the uTorrent network, he uses the following search terms: "PTHC,"[2] "Pre-Teen," "Prepubescent," and "9 yo. nude." CHOVNICK advised that has downloaded more than 100 images and more than 10 videos of child pornography. CHOVNICK stated that his most recent download was on September 10, 2020, the day prior to the execution of the search warrant.

14. CHOVNICK also stated that he considers himself a "collector" and places the videos and images of child pornography that he downloads, on his desktop in individual folders named, "Keeping in the family," "Mom and son," "Nieces," and "Father and daughter." He further stated that he gets aroused and masturbates every time he looks at an image or views a video of child pornography.

## **CONCLUSION**

---

[2] In my training and experience with these crimes, I know "PTHC" to be an acronym for "pre-teen, hardcore."

15. Based upon the information provided above, I respectfully submit that probable cause exists to believe that Laurence Michael Chovnick did violate Title 18, United Code, Sections 2252(a)(2) and 2252(a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NOT.**

Respectfully submitted,

Vanessa Juede, Special Agent
Homeland Security Investigations (HSI)

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime, on this 13th day of September 2020, at Fort Lauderdale, Florida.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE